# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Harold N. Pennington III            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-20537 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

<u>Brian C. Nicholas (Atty ID: 317240)</u>
Brian Nicholas
23 Mar 2023, 15:45:34, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com