## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 23-20537 JAD |
| | : | |
| Harold N. Pennington, III, | : | Chapter 13 |
| | : | |
| Debtor, | : | Document No. |
| | : | |
| Harold N. Pennington, III, | : | Related to Document No. 7 |
| | : | |
| Movant, | : | Hearing Date and Time: April 12, |
| | : | 2023 at 10:00 a.m. |
| vs. | : | |
| | : | Responses Due By: March 31, 2023 |
| All Creditors on the Mailing Matrix and Ronda | : | |
| J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Defendants/Respondents. | : | |

### CERTIFICATION OF NO OBJECTION TO MOTION
### TO CONTINUE AUTOMATIC STAY REGARDING THE HEARING ON APRIL 12, 2023

 The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Continue the Automatic Stay filed on March 14, 2023, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Continue the Automatic Stay appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion to Continue the Automatic Stay were to be filed and served no later than March 31, 2023.

 It is hereby requested that the Order attached to the Motion to Continue the Automatic Stay be entered by the Court.

Dated: April 3, 2023

       ZEBLEY MEHALOV & WHITE, P.C.
       By:

       /s/ Daniel R. White_____
       Daniel R. White
       PA I.D. No. 78718
       P.O. Box 2123
       Uniontown, PA 15401
       724-439-9200
       E-mail: dwhite@Zeblaw.com
       Attorney for Debtor