File No.: 117541005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Harold N. Pennington, III, | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 23-20537 JAD |

## AFFIDAVIT OF INCOME

Harold N. Pennington, III, Debtor in the within bankruptcy, states that he is employed as a Truck Driver by Amerikohl Transport, Inc.. From January 1, 2023, through the present, he has earned $15,254. He has no income from any other source.

Proof of Debtor's income is attached.

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
Harold N. Pennington, III, Debtor

| Statement of Earnings For: | Harold N.J. Pennington | | | | | AMERIKOHL TRANSPORT INC (0180UY44) |
|---|---|---|---|---|---|---|
| Period Begin: 3/6/2023 | Company Id: 0180UY44 | Employee Number: 161 | | | | 202 SUNSET DR |
| Period End: 3/19/2023 | Division 200 | Pay Group: Bi-Weekly | | | | BUTLER, PA 16001 |
| Check Date: 3/23/2023 | Department 8105 | SSN: XXX-XX-XXXX | | | | |
| Federal Filing: Single or Married Filing Separately | | Exemptions: N/A | | | | Federal Additional: |
| State Filing: | | Exemptions: 0 | | | | State Additional: |
| Local Filing: | | Exemptions: 0 | | | | Local Additional: |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V96438394 | $0.00 | $2,842.86 | $1,928.71 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Commission | 18.90 | 0.00 | 2,842.86 | 0.00 | 14,677.66 |
| Regular | | 0.00 | 0.00 | 14.50 | 274.05 |
| Holiday | | 0.00 | 0.00 | 16.00 | 302.40 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 176.25 | 945.75 |
| MED EE | 41.22 | 221.18 |
| FEDERAL WH | 327.76 | 1,667.47 |
| PENNSYLVANIA | 87.28 | 468.31 |
| CONNELLSVILLE | 14.21 | 76.27 |
| PENNSYLVANIA | 1.99 | 9.44 |
| DONEGAL TWP LST | 2.00 | 12.00 |
| CONNELLSVILLE | 14.21 | 76.27 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| CS- PENNINGTON | 249.23 | 1,495.38 |

| Total: | 0.00 | 2,842.86 | 30.50 | 15,254.11 | Total: | 664.92 | 3,476.69 | Total: | 249.23 | 1,495.38 |
|---|---|---|---|---|---|---|---|---|---|---|

CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | XXXXX8516 | 1,928.71 |

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING, A COIN REACTIVE ARTIFICIAL WATERMARK AND THERMOCHROMATIC INK.

AMERIKOHL TRANSPORT INC (0180UY44)
202 SUNSET DR
BUTLER, PA 16001

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/23/2023 | V96438394 |

**TOTAL NET PAY**
******$1,928.71

Your entire Net pay of $1,928.71 has been deposited in your bank account(s).

Harold N.J. Pennington

**NOT NEGOTIABLE**

| Statement of Earnings For: | Harold N.J. Pennington | | | | AMERIKOHL TRANSPORT INC (0180UY44) |
|---|---|---|---|---|---|
| Period Begin: 2/20/2023 | Company Id: 0180UY44 | | Employee Number: 161 | | 202 SUNSET DR |
| Period End: 3/5/2023 | Division 200 | | Pay Group: Bi-Weekly | | BUTLER, PA 16001 |
| Check Date: 3/9/2023 | Department 8105 | | SSN: ###-##-#### | | |
| Federal Filing: Single or Married Filing Separately | | | Exemptions: N/A | | Federal Additional: |
| State Filing: | | | Exemptions: 0 | | State Additional: |
| Local Filing: | | | Exemptions: 0 | | Local Additional: |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V95830957 | $0.00 | $2,548.19 | $1,714.33 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 18.90 | 6.50 | 122.85 | 14.50 | 274.05 |
| Commission | 18.90 | 0.00 | 2,425.34 | 0.00 | 11,834.80 |
| Holiday | | 0.00 | 0.00 | 16.00 | 302.40 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 157.99 | 769.50 |
| MED EE | 36.95 | 179.96 |
| FEDERAL WH | 282.45 | 1,339.71 |
| PENNSYLVANIA | 78.23 | 381.03 |
| CONNELLSVILLE | 12.74 | 62.06 |
| PENNSYLVANIA | 1.53 | 7.45 |
| DONEGAL TWP LST | 2.00 | 10.00 |
| CONNELLSVILLE | 12.74 | 62.06 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| CS- PENNINGTON | 249.23 | 1,246.15 |

| Total: | | 6.50 | 2,548.19 | 30.50 | 12,411.25 | Total: | 584.63 | 2,811.77 | Total: | 249.23 | 1,246.15 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | Checking | Account: XXXXX8516 | Deposit Amount: | 1,714.33 |
|---|---|---|---|---|

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING, A COIN REACTIVE ARTIFICIAL WATERMARK AND THERMOCHROMATIC INK.

AMERIKOHL TRANSPORT INC (0180UY44)
202 SUNSET DR
BUTLER, PA 16001

| CHECK DATE | VOUCHER ID |
|---|---|
| 3/9/2023 | V95830957 |

**TOTAL NET PAY**
******$1,714.33

Your entire Net pay of $1,714.33 has been deposited in your bank account(s).

Harold N.J. Pennington

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Harold N.J. Pennington** | | | | **AMERIKOHL TRANSPORT INC (0180UY44)** | |
|---|---|---|---|---|---|---|
| Period Begin: 2/6/2023 | Company Id: 0180UY44 | Employee Number: 161 | | | 202 SUNSET DR | |
| Period End: 2/19/2023 | Division: 200 | Pay Group: Bi-Weekly | | | BUTLER, PA 16001 | |
| Check Date: 2/23/2023 | Department: 8105 | SSN: XXX-XX-6235 | | | | |
| Federal Filing: Single or Married Filing Separately | | Exemptions: N/A | | | Federal Additional: | |
| State Filing: | | Exemptions: 0 | | | State Additional: | |
| Local Filing: | | Exemptions: 0 | | | Local Additional: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V95238994 | $0.00 | $2,547.48 | $1,713.87 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 18.90 | 8.00 | 151.20 | 8.00 | 151.20 |
| Commission | 18.90 | 0.00 | 2,396.28 | 0.00 | 9,409.46 |
| Holiday | | 0.00 | 0.00 | 16.00 | 302.40 |
| **Total:** | | **8.00** | **2,547.48** | **24.00** | **9,863.06** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 157.94 | 611.51 |
| MED EE | 36.93 | 143.01 |
| FEDERAL WH | 282.29 | 1,057.26 |
| PENNSYLVANIA | 78.21 | 302.80 |
| CONNELLSVILLE | 12.74 | 49.32 |
| PENNSYLVANIA | 1.53 | 5.92 |
| DONEGAL TWP LST | 2.00 | 8.00 |
| CONNELLSVILLE | 12.74 | 49.32 |
| **Total:** | **584.38** | **2,227.14** |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| CS- PENNINGTON | 249.23 | 996.92 |
| **Total:** | **249.23** | **996.92** |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | Account | Deposit Amount |
|---|---|---|
| Checking | XXXXX8516 | 1,713.87 |

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING, A COIN REACTIVE ARTIFICIAL WATERMARK AND THERMOCHROMATIC INK.

AMERIKOHL TRANSPORT INC (0180UY44)
202 SUNSET DR
BUTLER, PA 16001

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/23/2023 | V95238994 |

Your entire Net pay of $1,713.87 has been deposited in your bank account(s).

**Harold N.J. Pennington**

**TOTAL NET PAY**
******$1,713.87

**NOT NEGOTIABLE**

| Statement of Earnings For: | Harold N.J. Pennington | | | | AMERIKOHL TRANSPORT INC (0180UY44) |
|---|---|---|---|---|---|
| Period Begin: | 1/23/2023 | Company Id: | 0180UY44 | Employee Number: 161 | 202 SUNSET DR BUTLER, PA 16001 |
| Period End: | 2/5/2023 | Division | 200 | Pay Group: Bi-Weekly | |
| Check Date: | 2/9/2023 | Department | 8105 | SSN: XXX-XX-6235 | |
| Federal Filing: | Single or Married Filing Separately | | | Exemptions: N/A | Federal Additional: |
| State Filing: | | | | Exemptions: 0 | State Additional: |
| Local Filing: | | | | Exemptions: 0 | Local Additional: |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V94649143 | $0.00 | $2,257.95 | $1,522.13 | |

**EARNINGS**

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Commission | 18.90 | 0.00 | 2,257.95 | 0.00 | 7,013.18 |
| Holiday | | 0.00 | 0.00 | 16.00 | 302.40 |
| **Total:** | | 0.00 | 2,257.95 | 16.00 | 7,315.58 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 140.00 | 453.57 |
| MED EE | 32.74 | 106.08 |
| FEDERAL WH | 218.60 | 774.97 |
| PENNSYLVANIA | 69.32 | 224.59 |
| CONNELLSVILLE | 11.29 | 36.58 |
| PENNSYLVANIA | 1.35 | 4.39 |
| DONEGAL TWP LST | 2.00 | 6.00 |
| CONNELLSVILLE | 11.29 | 36.58 |
| **Total:** | 486.59 | 1,642.76 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| CS- PENNINGTON | 249.23 | 747.69 |
| **Total:** | 249.23 | 747.69 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | Account: | Deposit Amount: |
|---|---|---|
| Checking | XXXXX8516 | 1,522.13 |

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

AMERIKOHL TRANSPORT INC (0180UY44)
202 SUNSET DR
BUTLER, PA 16001

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/9/2023 | V94649143 |

**TOTAL NET PAY**
******$1,522.13

Your entire Net pay of $1,522.13 has been deposited in your bank account(s).

**Harold N.J. Pennington**

**NOT NEGOTIABLE**