File No.: 11754-003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Harold N. Pennington, III, | : | Bankruptcy Case No. 23-20537 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on July 6, 2023, I served a copy of the Court's July 6, 2023, Wage Attachment Order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Amerikohl Transport, Inc., Attn: Payroll Manager, 202 Sunset Drive, Butler PA 16001.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: July 6, 2023

ZEBLEY MEHALOV & WHITE, P.C.
BY

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
Email: dwhite@Zeblaw.com
Attorneys for Debtor