File No.: 11754-003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Harold N. Pennington, III, | : | Bankruptcy Case No. 23-20537 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

I, Daniel R. White, Attorney for Debtors, certify that on May 28, 2024, I served a copy of the Court's May 28, 2024, Wage Attachment Order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Arsenberger Trucking Company, Attn: Payroll Manager, P.O. Box 161, Mill Run, PA 15464.

Method of service: first class mail, postage prepaid.

Total number of parties served: 1

Date executed: May 28, 2024

TREMBA, KINNEY, GREINER & KERR
BY

/s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    1310 Morrell Avenue, Suite C
    Connellsville, PA 15425
    724-628-7955
    Email: dwhite@westpalawyers.com
    Attorneys for Debtor