**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

HAROLD N. PENNINGTON, III | Case No.:23-20537 JAD

Debtor(s)

Ronda J. Winnecour | Document No.:
Movant
vs.
No Repondents.

---

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/13/2023  and confirmed on 05/03/2023 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 24,640.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 24,640.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,590.90 | |
| Trustee Fee | 1,461.35 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,052.25 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK | 0.00 | 13,845.52 | 0.00 | 13,845.52 |
| Acct: 2487 | | | | |
| M & T BANK | 36,556.11 | 1,158.98 | 0.00 | 1,158.98 |
| Acct: 2487 | | | | |
| COUNTY HAULING CORP | 663.00 | 15.81 | 0.00 | 15.81 |
| Acct: 5115 | | | | |
| SANTANDER CONSUMER USA | 13,717.62 | 3,401.24 | 1,161.20 | 4,562.44 |
| Acct: 1000 | | | | |
| US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9894 | | | | |
| | | | | 19,582.75 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HAROLD N. PENNINGTON, III | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HAROLD N. PENNINGTON, III | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 23-20537 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| ZEBLEY MEHALOV & WHITE PC(++) | 2,669.82 | 2,669.82 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ(++) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL R WHITE ESQ++ | 1,330.18 | 921.08 | 0.00 | 0.00 |
| Acct: | | | | |
| CONNELLSVILLE ASD & CITY OF CONNEL | 39.61 | 0.00 | 0.00 | 0.00 |
| Acct: 6235 | | | | |
| CONNELLSVILLE ASD & CITY OF CONNEL | 62.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6235 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0537 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5783 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HIGHLANDS HOSPITAL & HEALTH CT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA TURNPIKE COMMISSION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3694 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JULIA PENNINGTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| REVCO SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 19,587.75 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 106.61 | |
| SECURED | 50,936.73 | |
| UNSECURED | 0.00 | |

Date: 04/10/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com